(32 Misc. Rep. 694.)

## WOLCHOCK v. TOMBARELLI.

(Supreme Court, Appellate Term. November 7, 1900.)

VACATING JUDGMENT—ORDER—VALIDITY.

An order of a municipal court on vacating a judgment, which omits to set the cause down for pleading, hearing, or trial, is invalid, though defendant was not a resident of the county.

Appeal from municipal court, borough of Manhattan.

Action by Samuel Wolchock against Giovanni Tombarelli. From an order vacating a judgment against plaintiff, he appeals. Reversed.

Argued before TRUAX, P. J., and DUGRO and SCOTT, JJ.

M. Greenstein, for appellant.
E. McKinley, for respondent.

PER CURIAM. The order appealed from, which vacated and set aside a judgment against the plaintiff absolutely, omitted to set the case down for pleading, hearing, or trial. Such an order is unauthorized in the municipal court. Manufacturing Co. v. Catharine, 25 Misc. Rep. 338, 55 N. Y. Supp. 475. The reason given by the justice for making the order, to wit, that the defendant was not a resident of the county, is not sufficient. Worthington v. Accident Co. (N. Y.) 58 N. E. 102.

The order appealed from must be reversed, with $10 costs to appellant.